UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    RICHARD L PRICE  
    KELLY M PRICE  
        Debtor(s)

Case No. 09-07214

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/04/2009.

2) The plan was confirmed on 06/26/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/23/2012.

5) The case was dismissed on 03/30/2012.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,733.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,741.44 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$10,741.44** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,258.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $558.63 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,816.63** |

Attorney fees paid and disclosed by debtor:        $242.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | Unsecured | 1,665.00 | NA | NA | 0.00 | 0.00 |
| AR CONCEPTS | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| AR CONCEPTS | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| AURORA HEALTH CARE | Unsecured | 1,726.00 | 1,726.74 | 1,726.74 | 850.42 | 0.00 |
| BAY AREA CREDIT SRV | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 477.00 | 505.81 | 505.81 | 249.12 | 0.00 |
| CHARLES FRANK MD | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| EAR NOSE THROAT LTD | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | 254.00 | 253.60 | 253.60 | 124.90 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | NA | 37.35 | 37.35 | 18.40 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| GOODWIN & BRYAN | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| GROOT INDUSTRIES | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| GURNEE MEDICAL GROUP | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT | Secured | 1,200.00 | 805.08 | 805.08 | 805.08 | 0.00 |
| ICE MOUNTAIN WATER | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 3,500.00 | 2,663.33 | 2,663.33 | 1,311.69 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,649.00 | 747.73 | 747.73 | 747.73 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 7.37 | 7.37 | 3.63 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 867.00 | 863.86 | 863.86 | 425.45 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,203.00 | 1,203.09 | 1,203.09 | 592.52 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 599.00 | 730.90 | 730.90 | 359.97 | 0.00 |
| JOHNSON WATER CONDITIONING | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKE FOREST EMERGENCY PHYS | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 3,047.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIO | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL CORP | Unsecured | 50.00 | 49.99 | 49.99 | 24.62 | 0.00 |
| ONYX ACCEPTANCE CORP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONYX ACCEPTANCE CORP | Secured | 720.06 | 720.06 | 720.06 | 720.06 | 0.00 |
| PENN CREDIT CORP | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 418.00 | 425.24 | 425.24 | 209.44 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 265.00 | 336.56 | 336.56 | 165.76 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 577.00 | 532.97 | 532.97 | 262.49 | 0.00 |
| SENEX SERVICES | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 108.68 | 108.68 | 53.53 | 0.00 |
| T MOBILE | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| VICTORY MEMORIAL HOSPITAL | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| WELL FOOT & ANKLE SERVICE | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,525.14 | $1,525.14 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,525.14** | **$1,525.14** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $747.73 | $747.73 | $0.00 |
| **TOTAL PRIORITY:** | **$747.73** | **$747.73** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,445.49** | **$4,651.94** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,816.63 |
| Disbursements to Creditors | $6,924.81 |
| **TOTAL DISBURSEMENTS** : | **$10,741.44** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/15/2012         By: /s/ Glenn Stearns
                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**